# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAMADI HAMID SOULEMAN, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-cv-154 |
| v. | (JUDGE CAPUTO) |
| STEVE CHRONISTER, et al., | (MAGISTRATE JUDGE BLEWITT) |
| Defendants. | |

## ORDER

**NOW** this 12th day of June, 2012, after consideration of Magistrate Judge Thomas M. Blewitt's Report and Recommendation in this matter (Doc. 7), **IT IS HEREBY ORDERED THAT THE REPORT AND RECOMMENDATION IS ADOPTED IN FULL** and Plaintiff Hamadi Hamid Souleman's Objections to the Report and Recommendation (Doc. 12) are **DENIED**. This mater is **RECOMMITTED** to Magistrate Judge Blewitt for further proceedings.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge