**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HAMADI HAMID SOULEMAN,  Plaintiff,  v.  STEVE CHRONISTER, et al.,  Defendants. | CIVIL ACTION NO. 3:12-cv-154  (JUDGE CAPUTO)  (MAGISTRATE JUDGE BLEWITT) |

## ORDER

**NOW** this 21st day of August, 2012, after consideration of Magistrate Judge Thomas M. Blewitt's Report and Recommendation in this matter (Doc. 17), **IT IS HEREBY ORDERED THAT THE REPORT AND RECOMMENDATION IS ADOPTED IN FULL** and Plaintiff Hamadi Hamid Souleman's Motion for Stay of Removal (Doc. 14) is **DENIED**. This mater is **RECOMMITTED** to Magistrate Judge Blewitt for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge